**Dismissed and Memorandum Opinion filed August 25, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00279-CV

## KEVIN E. JACKSON, Appellant

## V.

## AMERICAN EXPRESS CENTURION BANK, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCV-208737**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed March 24, 2016. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On June 30, 2016, this court ordered appellant to file the clerk's record with the clerk of this court on or before July 15, 2016, or the appeal would be dismissed. Appellant has not filed the clerk's record. Accordingly, the appeal is ordered

dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Jamison, McCally, and Wise.